GJP

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Corey Maxey Sr.
_____

_____

_____
*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Michael Kelly
_____

_____

_____

_____

_____

_____

_____

_____
*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**17    2473**

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☐ Yes    ☐ No
(check one)

**I.    Parties in this complaint:**

A.    List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name    Corey Maxey
            ID #    69413
            Current Institution    Chester County Prison
            Address    501 S Wawa Set Road, West Chester, Pennslyvania
            19382

*Rev. 10/2009*

B.    List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1       Name  Michael kelly                    Shield #  N/A

                      Where Currently Employed   Chester county prison

                      Address  501 S. Wawa set Road

                               West Chester, Pa19382


Defendant No. 2       Name _____ Shield #_____

                      Where Currently Employed _____

                      Address _____


Defendant No. 3       Name _____ Shield #_____

                      Where Currently Employed _____

                      Address _____


Defendant No. 4       Name _____ Shield #_____

                      Where Currently Employed _____

                      Address _____


Defendant No. 5       Name _____ Shield #_____

                      Where Currently Employed _____

                      Address _____


## II.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?   Chester County
      prison

B.    Where in the institution did the events giving rise to your claim(s) occur?   It happen
      N-Block pod 2.


C.    What date and approximate time did the events giving rise to your claim(s) occur?   3-26 17

2:00 pm

What
happened
to you?

D.    Facts: __I was on the phone with my mother who was__
trying to explain how my son had died. C.O kelly came on the pod
told me to get the "F" off the phone. I told him I have family issues
going on. He continue to curse and threating me which lead to us
arguing. He said he was going to write me up I told him go head.
Instead of writing me up he came over in my personal space and

Who
did
what?

hung my phone call up, As I was getting up he C.O Kelly pushed
me in back and tried to push me to the floor. I reacted
out of impulse and indulge in a physical contact with him
which he had to recieve medical attention. No one else was
involed. Maurice Brown #69403 , Bobbie Carpenter, #36945, Tyquan Davis

Was
anyone
else
involved?

#7512, Robert Crowe #78444 Seen what happen and also on
video Camera what had transpired and also phone voice record.
As of being obtained 7. Corfectionals officers assualted me
which I had a Swollen Jaw, busted lip and Block eye.
The sergants and lieuntants refuse to take me to medical or

Who else
saw what
happened?

to take pictures of my face.

## III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical
treatment, if any, you required and received. __I had a Swollen Jaw, Busted lip__
and Brulsed eye of the left side. medical refused to see me.

## IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that " [n]o action shall be
brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a

prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓  No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____ Chester County Prison _____

_____

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓  No ____  Do Not Know ____

C.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____  No ✓  Do Not Know ____

If YES, which claim(s)? _____

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____  No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____  No ✓

E.    If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1.    Which claim(s) in this complaint did you grieve? _____

_____

2.    What was the result, if any? _____

_____

3.    What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

_____

_____

_____

_____

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here: __The__
__reason being the guards will not have put in__
__my grievance.__

2.    If you did not file a grievance but informed any officials of your claim, state who you
informed, when and how, and their response, if any: __Lt. Ham of Chester__
__County prision and he told me he couldnt help__
__me in no way or form.__

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative
remedies. _____

Note:    You may attach as exhibits to this complaint any documents related to the exhaustion of your
administrative remedies.

V.    **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that
you are seeking and the basis for such amount). __I would like the state to__
__drop the charges against me especially Attempted murder.__
__And press charges against michael kelly__

*Rev. 10/2009*                                                 - 5 -

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## VI.     Previous lawsuits:

A.     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

On these claims

Yes ____ No ✔

B.     If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format. )

1.     Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.     Court (if federal court, name the district; if state court, name the county) _____

3.     Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending?  Yes ____ No ____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

   _____

   _____

On other claims

C. Have you filed other lawsuits in state or federal court?

   Yes ____ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending?  Yes ____ No ____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

   _____

   _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this **27** day of **May** _____, 20**17**.

Signature of Plaintiff **Corey Malley Jr.**

Inmate Number **69413**

Institution Address _Chester County_
_501 S.wawa Set Road_
_West Chester, Pa 19382_

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _27_ day of _May_ , 20 _17_ , I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _Corey Maxey Jr._